# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN VICK,<br><br>Defendant. | Case No. CR11-0139<br><br>ORDER REGARDING APPELLATE COUNSEL |

This matter comes before the Court on the Motion to Withdrawal [*sic*] & Motion to Clarify (docket number 63) filed by attorney Mark Brown on March 6, 2012, and the letter (docket number 64) addressed to whom it may concern, dated March 5, 2012, filed by Defendant *pro se*. Mr. Brown asks that he be permitted to withdraw as counsel for Defendant. Defendant asks that attorney Clemens Erdahl be appointed to represent him on appeal.

The Court finds that Mr. Brown's request to withdraw should be granted. The Court further finds that Defendant's request for appointment of counsel on appeal must be addressed by the Eighth Circuit Court of Appeals.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. The Motion to Withdraw (docket number 63) filed by attorney Mark Brown is **GRANTED**. The appearance of Mr. Brown on behalf of Defendant is hereby deemed **WITHDRAWN**.

1

2. Defendant's request for appointment of counsel on appeal, as set forth in his letter to whom it may concern (docket number 64) is **DENIED** without prejudice. The Clerk of Court is directed to send a copy of the letter to the Clerk of Court for the Eighth Circuit Court of Appeals.

DATED this 7th day of March, 2012.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA